IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**UNITED STATES OF AMERICA,**
Plaintifff

v.  CR. NO. 99-00261-01(HL)
    DEFENDANT NO. 01

**EDWIN VILLANUEVA-CARRASQUILLO,**
Defendant
\*\*\* \*\*\* \*\*\* \*\*\* \*\*\* \*\*\* \*\*\* \*\*\* \*\*\* \*\*\* \*\*\* \*\*\*

## ORDER

**Upon petition of Luis O. Encarnacion, U.S. Probation Officer of this Court,** alleging that the releasee, Edwin Villanueva-Carrasquillo has failed to comply with his conditions of supervised release, it is

**ORDERED** that the releasee appear before this Court on _____ 2005, at _____, for a hearing to show cause, if there be any, why his supervised release on the above-entitled case should not be revoked; thereupon the releasee to be dealt with pursuant to law.

At this hearing, releasee will be entitled:

1. To the disclosure of evidence against him.
2. To present evidence in his own behalf.
3. To the opportunity to question witnesses against his.
4. To be represented by counsel.

The Clerk shall issue the corresponding summons, and notify defense counsel and counsel for the government with copy of this Order.

**IT IS SO ORDERED**

In San Juan, Puerto Rico, this    day of           2005.


HECTOR M. LAFFITTE
U.S. DISTRICT JUDGE