IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA,** * <br> **Plaintiff** * <br>   * <br>  vs.   * <br>   * <br> **EDWIN VILLANUEVA-CARRASQUILLO,** * <br> **Defendant** * | CR. NO. 99-00261-01(HL) |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**MOTION REQUESTING ORDER TO SHOW CAUSE HEARING
AND ISSUANCE OF A WARRANT**

TO THE HONORABLE HECTOR M. LAFFITTE
U.S. DISTRICT JUDGE
DISTRICT OF PUERTO RICO

**COMES NOW, Luis O. Encarnación, U.S. Probation Officer of this Court,** presenting an official report on the conduct and attitude of releasee, Edwin Villanueva Carrasquillo, who on May 11, 2000, was sentenced to sixty (60) months of imprisonment after pleading guilty of violating Title 21, U.S. C. § 846, to be followed by a five (5) year supervised release term. Mr. Villanueva was released from custody on January 3, 2003.

**RESPECTFULLY PRAYING AS FOLLOWS:**

1. **STANDARD CONDITION 3: "The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer."**

On March 18, 2005, the offender failed to report to the office as instructed on March 8, 2005.

2. **STANDARD CONDITION 7: "The defendant shall refrain from Excessive use of alcohol and shall not purchase, possess, use, distribute or administer any narcotic or other**

**controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician;**

On August 27, 2004, the offender tested positive to cocaine. He admitted that he reverted to the use of illegal drugs. In addition, the offender failed to report to the office to submit to drug testing on January 21, February 2, February 29, and March 2 and 18, 2005.

**WHEREFORE**, in lieu of the aforementioned, unless ruled otherwise, it is respectfully requested that a warrant be issued so that the offender may be brought before this Court to show cause why his supervised release term should not be revoked. Thereupon, that he to be dealt with pursuant to law.

In San Juan, Puerto Rico, this 29th day of March 2005.

Respectfully submitted,

EUSTAQUIO BABILONIA, CHIEF
U.S. PROBATION OFFICER


s/Luis O. Encarnación
Luis O. Encarnación
U.S. Probation Officer
Federal Office Building
Office 400
150 Carlos Chardón Avenue
San Juan, PR 00918-1741
Telephone: (787) 281-4984
Fax: (787) 766-5945
E-mail: luis _encarnacion@prp.uscourts.gov

**CERTIFICATE OF SERVICE**

I HEREBY certify that on March 29th, 2005, I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Mr. Humbert S. García, U.S. Attorney, and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants: Juan Alvarez-Cobián, P.O. Box 11454, San Juan, PR 00910.

In San Juan, Puerto Rico, this 29th day of March 2005

<u>s/Luis O. Encarnación</u>
Luis O. Encarnación
U.S. Probation Officer
Federal Office Building
Office 400
150 Carlos Chardón Avenue
San Juan, PR 00918-1741
Telephone: (787) 281-4984
Fax: (787) 766-5945
E-mail: luis_encarnacion@prp.uscourts.gov