IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff<br><br>vs.<br><br>EDWIN VILLANUEVA-CARRASQUILLO<br><br>Defendant | *<br>*<br>*<br>*<br>*   CR. NO.: 99-261-01(HL)<br>*<br>*<br>*<br>* |

\*\*\* \*\*\* \*\*\* \*\*\* \*\*\* \*\*\* \*\*\* \*\*\* \*\*\* \*\*\* \*\*\* \*\*\* \*\*\* \*\*\* \*\*\* \*\*\*

ORDER

Upon petition of **Luis O. Encarnación, U.S. PROBATION OFFICER** of this Court, alleging that releasee, Edwin Villanueva-Carrasquillo, has failed to comply with his conditions of supervision, it is **ORDERED** that releasee appear before this Court on May 5, 2005 at 9:15 a.m., for a hearing to show cause, if there be any, why his supervised release in the above-entitled case should not be revoked. Thereupon, the releasee to be dealt with pursuant to law.

At this hearing, releasee will be entitled:

1. To the disclosure of evidence against him.
2. To present evidence in his own behalf.
3. To the opportunity to question witnesses against him.
4. To be represented by counsel.

The Court orders that a warrant be issued so that the offender may be brought before this Court to show cause why his supervised release term should not be revoked. Thereupon, he to be dealt with pursuant to law. A copy of this order is to be provided to both the government and the defense counsel.

**IT IS SO ORDERED**

In San Juan, Puerto Rico, this  11th   day of  April    2005.

_____
S/HECTOR M. LAFFITTE
U.S. DISTRICT JUDGE