Starting Time: 11:55 a.m.
Ending Time: 11:58 a.m.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

MINUTES OF PROCEEDINGS          DATE: April 15, 2005

HONORABLE GUSTAVO A. GELPI, U. S. MAGISTRATE JUDGE

COURTROOM DEPUTY: Sarah V. Ramón     Case No. CR. 99-0261-01 (HL)

PTS: Nancy Méndez

================================================================

| United States of America | ATTORNEYS: |
|---|---|
| Plaintiff | |
| vs. | |
| Edwin Villanueva-Carrasquillo | Carlos Vázquez, FPD |
| Defendant(s) | |

================================================================

Defendant was brought before the Court based on a warrant of arrest that was issued on April 11, 2005 by Hon. Héctor Laffitte, U.S. District Judge.

Defendant was advised of his rights and charges and was informed that a hearing to **show cause regarding violations of supervised release is set for May 5, 2005 at 9:15 a.m. before the District Judge.**

**Defense may file motion, if deemed so necessary, should there be conditions of release that can be offered to the Court.**

s/ Sarah V. Ramón
Sarah V. Ramón, Deputy Clerk