AO 458 (Rev. 5/85) Appearance

# UNITED STATES DISTRICT COURT

      FOR THE      DISTRICT OF      PUERTO RICO

UNITED STATES OF AMERICA,              **APPEARANCE**

      v.            CASE NUMBER: 99-261 (HL)

EDWIN EDWIN VILLANUEVA-CARRASQUILLO

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for the United States of America.


| April 15, 2005 | /S/ George A. Massucco |
|---|---|
| Date | Signature |
| | George A. Massucco |
| | Print Name |
| | Torre Chardón, Suite 1201, 350 Chardón St. |
| | Address |
| | Hato Rey, Puerto Rico 00918 |
| | City |
| | (787) 766-5656 |
| | Phone Number |

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Juan E. Alvarez-Cobian, juanealvarezcobian@yahoo.com.

      At Hato Rey, Puerto Rico, April 15, 2005.

      s/George A. Massucco
George A. Massucco
U.S.D.C. No.
Torre Chardón, Room 1201
350 Carlos Chardón Avenue
Hato Rey, Puerto Rico  00918
Tel: 787-766-5656
Fax: 787-7665398
E-mail: george.a.massucco@usdoj.gov