# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO



Time Started: 9:28 a.m.
Time Ended: 9:50 a.m.

**MINUTES OF PROCEEDINGS:**

**HONORABLE HECTOR M. LAFFITTE**                    **DATE:** May 5, 2005

**COURTROOM DEPUTY:** Yelitza RIVERA-BUONOMO        **CR. NO. 99-261(HL)**

**COURT REPORTER:**  PATRICIA GARSHAK        INT. JANIS PALMA
=================================================================

                                        Attorneys:
UNITED STATES OF AMERICA                AUSA JUDITH VARGAS

v.

1- EDWIN VILLANUEVA-CARRASQUILLO        AFPD FRANCISCO VALCARCEL

=================================================================

CASE CALLED FOR **ORDER TO SHOW CAUSE/ SUPERVISED RELEASE**.

The Court stated that on March 24, 2005 Probation Officer Luis O. Encarnacion filed a motion informing violations to the supervised release conditions imposed on this defendant.

Defendant's counsel stated for the record that his client admits the allegations contained in the motion, that defendant does have a drug problem, but that his incarceration will not provide him with the necessary tools to fight temptation once out in the community.

Counsel for the government sympathized with defendant's problem, but alleged that defendant had been offered several opportunities while in the community and still he violated the conditions of his supervised release, so they are requesting detention with drug rehab program.

The Court finds the defendant violated the conditions of supervised release imposed on May 11, 2000, and therefore revokes the term of supervised release imposed, sentencing defendant to serve 6 months in prison, with a supervised release term of 12 months and all other conditions imposed by the Probation Office, including urinalysis.

Defendant is hereby committed to the custody of the Bureau of Prisons, after being advised of his right to appeal.

                                         S/Yelitza Rivera-Buonomo
                                         Deputy Clerk