## UNITED STATES DISTRICT COURT

FOR THE JUDICIAL _____ District of _____ PUERTO RICO

UNITED STATES OF AMERICA

V.

EDWIN VILLANUEVA-CARRASQUILLO

**WARRANT FOR ARREST**

Case Number: 99-CR-261-001 (HL)

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __EDWIN VILLANUEVA-CARRASQUILLO__
                                                                                                         Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment ☐ Information ☐ Complaint ☐ Order of court ☐ Probation Violation Petition **X** Supervised Release Violation Petition ☐ Violation Notice

charging him or her with (brief description of offense)

SEE MOTION AND ORDER ATTACHED.

in violation of Title _____ United States Code, Section(s) _____

| HECTOR M. LAFFITTE | S/HECTOR M. LAFFITTE |
|---|---|
| Name of Issuing Officer | Signature of Issuing Officer |
| UNITED STATES DISTRICT JUDGE | APRIL 12, 2004 AT HATO REY, PUERTO RICO |
| Title of Issuing Officer | Date and Location |

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED 4-14-05 | NAME AND TITLE OF ARRESTING OFFICER F/RET CARMEN TFA PRFTF | SIGNATURE OF ARRESTING OFFICER By: [signature] |
|---|---|---|
| DATE OF ARREST 4-15-05 | | |