UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**UNITED STATES OF AMERICA**       *
                                   *
Vs.                                *   99-CR-00261-001 (HL)
                                   *
**VILLANUEVA-CARRASQUILLO, EDWIN** *
                                   *
-------------------------------------*

## ORDER

By the Order of the Honorable Héctor M. Laffitte, United States District Court Judge, the pre-sentence investigation report is hereby returned to the U.S. Probation Office for suggested wording.

IT IS SO ORDERED.

San Juan, Puerto Rico, this May 20, 2005.

**FRANCES RIOS DE MORAN**
Clerk of the Court

By: Janis Palma
Interpreter/Deputy Clerk

**ACKNOWLEDGMENT:**

I hereby acknowledge receipt of the
pre-sentence investigation report

on _____

Eustaquio Babilonia
Chief U.S. Probation Officer

By: _____