IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**UNITED STATES OF AMERICA,**
**Plaintiff**

   vs.                                             **CASE.NO.: 99-00261-01(HL)**

**EDWIN VILLANUEVA-CARRASQUILLO,**
**Defendant**
* * * * * * * * * * * * * * * * * * * * * * * * * *

**MOTION REQUESTING ORDER TO SHOW CAUSE HEARING
AND ISSUANCE OF A WARRANT**

TO THE HONORABLE HECTOR M. LAFFITTE, SENIOR
U.S. DISTRICT JUDGE
DISTRICT OF PUERTO RICO

      **COMES NOW, Orlando Rullán, U.S. Probation Officer of this Court,** presenting an official report on the conduct and attitude of releasee, Edwin Villanueva Carrasquillo, who on May 11, 2000, was sentenced to sixty (60) months of imprisonment after pleading guilty of violating Title 21, U.S. C. § 846, to be followed by a five (5) year supervised release term. Mr. Villanueva's supervised release term was revoked on May 5, 2005, after he violated the imposed court conditions He was released from custody on October 14, 2005. Since his release from custody he was referred to a drug treatment provider in order to avoid any drug relapses.

      **RESPECTFULLY PRAYING AS FOLLOWS:**

      1. **STANDARD CONDITION 3: "The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer."**

      On September 15, 2006 and September 20, 2006, the offender failed to report to the office as instructed by his United States Probation Officer.

      2. **STANDARD CONDITION 7: "The defendant shall refrain from Excessive use of alcohol and shall not purchase, possess, use, distribute or administer any narcotic or other**

**controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician;**

On July 15, 2006, the offender tested positive to cocaine. He admitted that he reverted to the use of illegal drugs. In addition, the offender failed to report to the office to submit to drug testing on August 25,30, September 7, and 15, 2006.

**3. STANDARD CONDITION 2: "The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each day.**

The offender failed to submit his monthly supervision reports for the moths of July and August.

**WHEREFORE**, I declare under penalty of perjury that the foregoing is true and correct. In lieu of the aforementioned, unless ruled otherwise, it is respectfully requested that a warrant be issued so that the offender may be brought before this Court to show cause why his supervised release term should not be revoked. Thereupon, that he to be dealt with pursuant to law.

In San Juan, Puerto Rico, this 20th day of September 2006.

Respectfully submitted,

EUSTAQUIO BABILONIA, CHIEF
U.S. PROBATION OFFICER


*s/Orlando Rullán*
Orlando Rullán
U.S. Probation Officer
Federal Office Building
Office 400
150 Carlos Chardón Avenue
San Juan, PR 00918-1741
Telephone: (787) 766-6503
Fax: (787) 766-5945
E-mail: orlando_rullan@prp.uscourts.gov

## CERTIFICATE OF SERVICE

I HEREBY certify that on September 20th, 2006, I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Ms. Rosa Rodriguez , Acting U.S. Attorney, and to Mr. Fransico Valcárcel, Assistant Federal Public Defender .

In San Juan, Puerto Rico, this 20th day of September 2006.

*s/Orlando Rullán*
Orlando Rullán
U.S. Probation Officer
Federal Office Building
Office 400
150 Carlos Chardón Avenue
San Juan, PR 00918-1741
Telephone: (787) 766-6503
Fax: (787) 766-5945
E-mail: orlando_rullan@prp.uscourts.gov