**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

UNITED STATES OF AMERICA

    vs.                                                                 Case No. 99-261-01 (HL)

EDWIN VILLANUEVA-CARRASQUILLO
* * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER TO SHOW CAUSE**

Upon petition of**, ORLANDO RULLAN, U.S. PROBATION OFFICER** of this Court, alleging that offender **Edwin Villanueva-Carrasquillo** has failed to comply with his conditions of supervised release, it is ordered that the offender appear before this Court on **October 20, 2006** at **9:30 a.m.** for a hearing to show cause, if there be any, why his supervised release on the above-entitled case should not be revoked; thereupon the offender to be dealt with pursuant to law.

At this hearing, releasee will be entitled:

1. To the disclosure of evidence against him
2. To present evidence in his own behalf
3. To the opportunity to question witnesses against him.
4. To be represented by counsel

The Clerk shall immediately issue the corresponding warrant for the arrest of Mr. Edwin Villanueva-Carrasquillo and provide counsel for the offender and for the government with copy of this Order.

IT IS ORDERED.

In San Juan, Puerto Rico this 28th day of September, 2006.

                                                              S/HECTOR M. LAFFITTE
                                                              U.S. SENIOR DISTRICT JUDGE