IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**UNITED STATES OF AMERICA**

    vs.                      Case Number: 99CR00261-001 (HL)

**EDWIN VILLANUEVA CARRASQUILLO**

* * * * * * * * * * * * * * * * * * *

**MOTION FOR CONTINUANCE**

**TO THE HONORABLE HECTOR M. LAFFITTE
SENIOR UNITED STATES DISTRICT JUDGE
FOR THE DISTRICT OF PUERTO RICO:**

    Comes now, Orlando Rullán, U.S. Probation Officer of this Honorable Court, and respectfully states and prays as follows:

    1) That there is a Supervised Release Revocation Hearing scheduled for October 19, 2006.

    2) That a continuance is requested so as to allow for the U.S. Marshals to arrest the offender.

    **WHEREFORE**, in view of the aforementioned, it is respectfully requested that this Honorable Court consider continuing said hearing until the offender is arrested.

    In San Juan, Puerto Rico, this 18th day of October 2006.

                                        Respectfully submitted,

                                        EUSTAQUIO BABILONIA, CHIEF
                                        U.S. PROBATION OFFICER

                                        **s/ Orlando Rullán**
                                        Federal Office Building
                                        Office 400
                                        150 Carlos Chardón Ave.
                                        San Juan, P.R. 00918-1741
                                        (787)766-6503
                                        Orlando_Rullan@prp.uscourts.gov

## CERTIFICATE OF SERVICE

**I HEREBY** certify that on **October 18, 2006,** I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

U.S. Attorney Rosa E. Rodríguez, Esq., and Assistant Federal Public Defender Francisco Valcárcel.

**At San Juan, Puerto Rico, October 18, 2006.**

        **s/ Orlando Rullán**
Federal Office Building
Office 400
150 Carlos Chardón Ave.
San Juan, P.R. 00918-1741
(787)766-6503
Orlando_Rullan@prp.uscourts.gov

ORO