# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO



| | |
|---|---|
| **MINUTES OF PROCEEDINGS:** | Time: 30 minutes |
| HONORABLE SENIOR JUDGE HÉCTOR M. LAFFITTE | Date: November 3, 2006 |
| COURTROOM DEPUTY: Jyoti Mehta-López | Cr. 99-0261 (HL) |
| COURT REPORTER: Rolayne Volpe | Probation Officer: Orlando Rullán |
| COURT INTERPRETER: Hilda Gutiérrez | |

==================================================================

Attorneys:

| | |
|---|---|
| UNITED STATES OF AMERICA | AUSA G. ANDREW MASSUCCO |
| v. | |
| 1- EDWIN VILLANUEVA-CARRASQUILLO | AFPD YASMIN A. IRIZARRY |

==================================================================

The defendant is present in court. He is under custody.

**CASE CALLED FOR FINAL HEARING RE: REVOCATION OF CONDITIONS OF SUPERVISED RELEASE.**

Defense counsel informs the Court that the defendant will not contest the allegations made by the Probation Officer in his motion. Defendant and defense counsel are heard in mitigation of punishment. Counsel for the Government concurs with the recommendations made by the Probation Officer.

The Court finds that the defendant violated the conditions of his supervised release term. The term imposed on May 5, 2005 at the first revocation proceeding is hereby revoked. Imprisonment is set for a term of 30 months, with no additional supervised release term to be imposed. Time served due to revocation proceedings is to be credited.

The Court recommends that the defendant receive drug treatment while imprisoned.

Defense counsel moves for reconsideration as to the term of imprisonment imposed. Arguments are heard in support of her request. The Court denies defense counsel's request. The term of imprisonment remains set for 30 months.

<u>S/ Jyoti Mehta-López</u>
Courtroom Deputy Clerk