IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>    Plaintiff,<br><br>        v.<br><br>**EDWIN VILLANUEVA-CARRASQUILLO**<br>    Defendant | **Criminal No. 99-261(HL**) |

**NOTICE OF APPEAL**

TO THE HONORABLE COURT:

Notice is hereby given by Mr. Edwin Villanueva-Carrasquillo, the defendant herein, that he respectfully appeals to the United States Court of Appeals for the First Circuit from the Judgment on Revocation entered against him on November 3, 2006, entered on docket on November 8, 2006, by the Hon. Héctor Laffitte, Senior Judge, United States District Court for the District of Puerto Rico.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 9th day of November, 2006.

JOSEPH C. LAWS, JR.
**Federal Public Defender**
**District of Puerto Rico**


**S/FRANCISCO VALCÁRCEL-FUSTER**
Assistant Federal Public Defender
USDC - PR 220108
241 F. D. Roosevelt Avenue
San Juan, PR 00918-2441
Phone No. (787) 281-4922
Fax No. (787) 281-4899
**E-mail :** Francisco_Valcárcel@fd.org

Criminal No. 99-261(HL)                                                                                                 2

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on November 9, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Assistant U.S. Attorney George Massucco.

In San Juan, Puerto Rico, 9th day of November, 2006.

<u>S/Francisco Valcárcel-Fuster</u>
Assistant Federal Public Defender
USDC - PR 220108
241 F. D. Roosevelt Avenue
San Juan, PR 00918-2441
Phone No. (787) 281-4922
Fax No. (787) 281-4899
**E-mail :** Francisco_Valcárcel@fd.org